# United States District Court

## EASTERN DISTRICT OF WISCONSIN

### JUDGMENT IN A CIVIL CASE

**J. THOMAS MCKEAN,**

Plaintiff,

V.                                    CASE NUMBER: **06-C-1036**

**CITY OF MILWAUKEE,**
**DAVID KREY,**
**JAMES IGOWKY, and**
**DONALD SCHAEWE, JR.,**

Defendants.

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came on for consideration and a decision has been rendered.


IT IS ORDERED AND ADJUDGED **that the defendants' motion to dismiss plaintiff's 42 U.S.C. § 1983 claim is GRANTED because plaintiff fails to allege a constitutional violation.**

**The Court will not exercise supplemental jurisdiction over the state law claims.**

**This action is hereby DISMISSED.**


| | |
|---|---|
| **May 10, 2007** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |